# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Shane Carlson**
       Plaintiff(s)

vs.                            **CASE NUMBER: 1:20-cv-895 (DEP)**

**Commissioner of the Social Security Administration**
       Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: ORDERED that defendants motion for judgment on the pleadings (Dkt. No. 15) be GRANTED, plaintiffs motion for judgment on the pleadings (Dkt. No. 11) be DENIED, the Commissioners decision be AFFIRMED, and plaintiffs complaint be DISMISSED.

All of the above pursuant to the order of the Honorable David E. Peebles, dated the 14th day of December, 2021.

DATED: December 14, 2021

*[signature]*
Clerk of Court

                                              s/Kathy Rogers
                                              Deputy Clerk